IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RICHARD B. GUNTER,
:
       Petitioner-Appellant,
:
  vs.                             Case No. 3:04cv256
:
UNITED STATES OF AMERICA,
:
       Respondent-Appellee

-----------------------------------------------------------------------------------------------------------

UNITED STATES OF AMERICA,
:
       Plaintiff,
:
  vs.                             Case No.  3:99cr086(6)
:
RICHARD B. GUNTER,           JUDGE WALTER HERBERT RICE
:
       Defendant.

---

DECISION AND ENTRY ADOPTING INITIAL (DOC. #1014), SUPPLEMENTAL (DOC. #1026), SECOND SUPPLEMENTAL (DOC. #1037) AND THIRD SUPPLEMENTAL (DOC. #1069) REPORTS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; PETITIONER-DEFENDANT'S OBJECTIONS TO SAID JUDICIAL FILINGS (DOCS. #1025, #1068 AND #1075) OVERRULED; JUDGMENT TO ENTER IN FAVOR OF UNITED STATES OF AMERICA AND AGAINST PETITIONER-DEFENDANT, DISMISSING MOTION TO VACATE UNDER 28 U.S.C. § 2255 IN ITS ENTIRETY; CERTIFICATE OF APPEALABILITY AND ANTICIPATED REQUEST FOR LEAVE TO APPEAL *IN FORMA PAUPERIS* DENIED; TERMINATION ENTRY

Based upon reasoning and authority set forth by the United States Magistrate Judge in his Initial (Doc. #1014), Supplemental (Doc. #1026), Second Supplemental (Doc. #1037) and Third Supplemental (Doc. #1069) Reports and Recommendations, as well as a thorough review of the Petitioner-Defendant's criminal case and the applicable law, this Court adopts said Reports and Recommendations in their entirety. In addition, Petitioner-Defendant's Objections to said judicial filings (Docs. #1025, #1068 and #1075) are overruled.

Judgment will be ordered entered in favor of the United States of America and against Petitioner-Defendant in the captioned cause, overruling Petitioner-Defendant's Motion to Vacate Sentence (Doc. #963), filed pursuant to 28 U.S.C. § 2255, in its entirety.

Given that reasonable jurists would not disagree with the conclusions reached herein, this Court denies the Defendant both a Certificate of Appealability and an anticipated Motion for Leave to Appeal *In Forma Pauperis*.

The captioned causes are hereby ordered terminated upon the docket records of this Court.

February 24, 2006

/s/ Walter Herbert Rice
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

J. Richard Chema, Esq.
Richard B. Gunter, Pro Se
Chief Magistrate Judge Michael R. Merz