IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, | |
| v. : | Case No. 3:99-cr-86(6) |
| RICHARD GUNTER, | JUDGE WALTER H. RICE |
| Defendant. : | |

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT'S MOTIONS FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(2) (DOCS. ##1287, 1289), MOTION FOR INJUNCTIVE RELIEF (DOC. #1293) AND RELATED "MOTION FOR LEAVE TO WITHDRAW COUNSEL TO PROCEED PRO SE" (DOC. #1298)

Given that Defendant Richard Gunter has completed the custodial portion of his sentence and the Court can no longer grant him any meaningful relief, the Court OVERRULES AS MOOT his Motions for Sentence Reduction Under 18 U.S.C. § 3582(c)(2), Docs. ##1287, 1289, his Motion for Injunctive Relief, Doc. #1293, and his related "Motion for Leave to Withdraw Counsel to Proceed Pro Se," Doc. #1298. *See United States v. Lewis*, 166 F. App'x 193, 195 (6th Cir. 2006) (holding that challenges to length of custodial sentence are rendered moot by defendant's release from prison).

Date: July 26, 2021

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE